IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:17-cv-00884-O |
| § | |
| **BILL R. WALDROP,** § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed, and the Magistrate Judge's recommendation is ripe for review. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are adopted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Government's Petition to Enforce Internal Revenue Service ("IRS") Summons (ECF No. 1) is **GRANTED**, and that Waldrop be **ORDERED** to appear before Revenue Office Tackno, or another officer of the IRS, at 5450 Stratum Dr., Fort Worth, Texas 76137, on **Tuesday, June 26, 2018 at 10:00 a.m**. to testify and produce all documents, records, books, records, and receipts specified in the summons attached as Exhibit "A" to the Petition of the United States of America filed in this matter. The Court further recommends that all court costs be taxed against Waldrop.

**SO ORDERED** on this **8th day** of **June, 2018**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE